UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Susan M. Vandervest, | Civil No. 06-1289 (RHK\JSM) |
| Plaintiff, | **ORDER FOR JUDGMENT** |
| v. | |
| AMEX Assurance Company, | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** in its entirety, on the merits, but without any award of costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 8, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge